UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CASE NO. 3:08:CR (SRU)

v. :

JONATHAN WRIGHT :

FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Stefan R. Underhill, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, including the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead; that defendant knows his right to trial; that he knows what the maximum possible sentence is; that the sentencing guidelines apply; that there is a factual basis for the defendant's plea; that he has knowingly and intelligently waived his right to trial by jury and related rights; and that the plea of guilty to the charge by this defendant has been knowingly and voluntarily made and not coerced, and

(2) RECOMMEND to Judge Underhill that the defendant's plea of guilty to the charge be accepted.

It is SO ORDERED.

ENTERED at Bridgeport, Connecticut, this 18th day of March 2008.

---
William I. Garfinkel
United States Magistrate Judge